SEDGWICK, DETERT, MORAN & ARNOLD LLP
ROBERT F. HELFING  Bar No. 90418
robert.helfing@sdma.com
HEATHER L. MCCLOSKEY   Bar No.  193239
heather.mccloskey@sdma.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant Ontel Products Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT PUSHUP, LLC, a California limited liability company.<br><br>Plaintiff,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey corporation,<br><br>Defendant. | CASE NO. CV08-06544 DDP (MANx)<br><br>DECLARATION OF HEATHER L. MCCLOSKEY IN SUPPORT OF DEFENDANT ONTEL PRODUCTS CORPORATION'S MOTION TO DISMISS PLAINTIFF'S SEVENTH CLAIM FOR RELIEF PURSUANT TO FRCP 12(b)(6); EXHIBITS<br><br>Date:  April 13, 2009<br>Time:  10:00 a.m.<br>Ctrm:  3, Second Floor<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss; Notice of Lodging; and [Proposed] Order] |

I, Heather L. McCloskey, declare:

1. I am an attorney at law duly licensed to practice before this Court and am a lawyer with the law firm of Sedgwick, Detert, Moran & Arnold, LLP, counsel of record herein for defendant Ontel Products Corporation ("Ontel").  Unless otherwise stated, I have first hand personal knowledge of the facts set forth herein and if called as a witness could competently testify thereto.

2. In mid-February of 2009, I conducted a search of the internet for the "Perfect Pullup" commercial which Perfect Pushup, LLC ("PP") claims is infringed by Ontel's "Iron Gym" commercial. I located both a 1-minute and a 2-minute version of the Perfect Pullup commercial. I downloaded the videos and supervised having them burned to the cd which is attached as Exhibit "A" to the Notice of Lodging served and filed concurrently herewith. Below, I have provided links to the webpages at which the videos can be viewed directly on the internet.

3. In mid-February of 2009, I obtained a copy of the Iron Gym 2-minute commercial from Ontel. I compared the copy provided to me with the commercial that appears on the official website for sales of Iron Gym, www.getirongym.com, and have determined that they are identical. I supervised having a copy of the Iron Gym 2-minute commercial burned to the cd which is attached as Exhibit "A" to the Notice of Lodging. Below, I have also provided a link to the webpage on which the video can be viewed directly on the internet.

4. Between February 26 and March 2, 2009, I conducted a search of the internet for video advertisements of exercise equipment in which a graphic effect is employed which is similar or identical to that which PP claims is a copyrightable element of the Perfect Pullup Video. I found many such videos. I have isolated clips from some of these videos and supervised having them burned onto the cd which is attached as Exhibit "A" to the Notice of Lodging.

5. Exhibit "A" specifically contains the following items which I personally downloaded from the internet and supervised having them burned to the cd which is Exhibit "A" to the Notice of Lodging:

    a.    Perfect Pullup 2 minute commercial
```
http://www.youtube.com/watch?v=i7nvMCHH1bw
```

    b.    Perfect Pullup 1 minute commercial
```
http://shoptvcanada.com/mclient/665/productList.php?category=10001
```

      c.     Iron Gym 2 minute commercial

`http://www.getirongym.com/Default.asp?tcode=pi8&tag=google&gclid=CM_hhsnBm5kCFRo-awodTioNDw&bhcp=1`

      d.     Clips from various other videos:

           1)     Ab King Pro (at :35 through :40)

`http://www.youtube.com/watch?v=Ad9XWU9g2OY`

           2)     Ab Rail (at 1:26 through 1:40)

`http://www.youtube.com/watch?v=_y5Jw-LD2pM&NR=1`

           3)     Leg Magic (at 1:26 through 1:30 and 1:56 through 2:02)

`http://www.youtube.com/watch?v=rTd9pL3BiJc&feature=related`

           4)     Power Trainer Pro (at :58 through 1:05)

`http://www.youtube.com/watch?v=WoVvlMrRjRE&feature=related`

           5)     Ab Coaster Elite (at :06 through :14 and :25 through :32)

`http://www.youtube.com/watch?v=rZA_OZFMONM&feature=related`

With each of these videos I have provided a link for direct access to the original video as it appears on the internet. With the exceptions of the Power Trainer Pro and the Ab Coaster Elite video clips, each of the clips was posted to www.youtube.com prior to the date on which PP claims it released its Perfect Pullup commercial. I was not able to determine the first date of release of each of these videos, but those posted to www.youtube.com prior to the release of the Perfect Pullup commercial obviously predate PP's video. In addition, the Power Trainer pro and the Ab Coaster Elite may also predate PP's video, but were posted to www.youtube.com after the date on which PP released its Perfect Pullup commercial.

     6.     Attached hereto as Exhibit "B" is a true and correct transcript of the voiceover of Ontel's Iron Gym 2-minute commercial. I have compared this transcript with the video and have confirmed that this is an accurate transcription.

LA/889394v1

-3-

1  7. Attached hereto as Exhibit "C" is a true and correct transcript of the
2  voiceover of PP's Perfect Pullup 2-minute commercial.  I have compared this
3  transcript with the video and have confirmed that this is an accurate transcription.
4  I declare under penalty of perjury under the laws of the United States of
5  America and the State of California that the foregoing is true and correct and that I
6  signed this declaration on the 12th day of March 2009 at Los Angeles, California.

*/s/ Heather L. McCloskey*
Heather L. McCloskey

LA/889394v1

-4-

Exhibit B



| | TITLE | IRON GYM |
|---|---|---|
| | TRT: | 2:00 |
| | Version: | 3  6.24.08 |
| | Client: | OnTel Products Corp |

| SC | AUDIO | VIDEO | SUPERS |
|---|---|---|---|
| 1. | Want to get STRONG<br><br>Want to get LEAN?<br><br>Want to get RIPPED? | | |
| 2. | Well now you can!<br>With IRON GYM.......the multi function training system that raises the bar on Upper Body Exercise!! | | |
| 3. | Iron Gym turns ANY door into your own personal gym... in just seconds... | | |
| 4. | Its unique design wraps around your doorframe and uses leverage | | |
| 5. | ...so there's no screws and no damage to your door! | | |
| 6. | Start off with shoulder shredding, bicep burning chin ups and pull ups   ..to develop and strengthen your shoulders, arms, back and lats. | | |
| 7. | And, with three different grip positions, Narrow grip ... Wide grip...and neutral ... you can switch up your routine & Keep challenging your muscles! | | |
| 8. | But we're not finished there... | | |
| 9. | Take it to the floor for deep Push Ups, for a greater range of motion and no strain on your wrists. | | |
| 10. | And it's a sturdy base for Tricep Dips! | | |
| 11. | Then finish your workout at the base of your door, with GUT BUSTING crunches...for rock hard Abs & obliques! | | |
| 12. | Iron Gym is THE way to get in SERIOUS shape... FAST! | | |
| 13. | In just MINUTES a day – you'll build lean muscle... and get ripped! | | |
| 14. | With Iron Gym, you can do pull ups, chin ups, push ups, dips and cunches! | | |
| 15. | .... every exercise you need to build a powerful upper body... | | |

3604 S. OCEAN BLVD, #103   HIGHLAND BEACH   FLORIDA 33487 USA
Tel: 561.901.2382   Email: LoudmouthTV@mac.com

| | | | |
|---|---|---|---|
| 16. | And, you'll see REAL results in just 30 days ..GUARANTEED!! | | |
| 17. | Order Iron Gym today for just 2 payments of $29.99. | | |
| 18. | As a bonus, you'll also get these Hanging Ab Straps for a more <u>explosive</u> abdominal workout | | |
| 19. | But call RIGHT now, and we'll cut the price <u>in half</u>!!!! | | |
| 20. | That's right! you'll get Iron Gym with the hanging Ab Straps for just <u>one payment</u> of $29.99 | | |
| 21. | <u>Take the Iron gym challenge!</u><br><br>Use it for 30 days and if you don't see real results - return it for a full refund!<br><br>But you've <u>GOT</u> to call <u>NOW!</u> | | |

Perfect Pullup Commercial:

Now, get a huge chest and massive shoulders.

Get the V cut, a small-looking waist and a big upper body with the Perfect Pullup.

From the U.S. Navy Seal inventor of the Perfect Pushup, the Perfect Pullup changes the pullup bar into a complete upper body machine with two design advances.

The Perfect Pullup's handles rotate with the natural movement of your arms and shoulders. And, the Perfect Pullup is the first pullup bar with an adjustable swing arm.

Start horizontally with a chest-pumping bicep-burning standing row. Then, lower it and rip your shoulders and back with an Australian pullup.

Move it to the top position and electrify your arms and upper body with rotational pullups.

It's a revolution in fitness. It's three exercises in one invention that will get you ripped.

With the Perfect Pullup your hands, arms and shoulders rotate naturally and that means you'll get better, faster results.

The handles adjust from narrow to medium to wide to fit *you* and get you the most *intense* workout possible.

The bar fits any standard door frame and removes when not in use.

There's never been an exercise tool like it. It changes the game and gets you results.

Your back and lats will broaden. Your biceps will swell. Your entire upper body will be pumped.

So here's the deal. The Perfect Pullup is only three payments of $33.00 and it replaces a home gym costing thousands.

LA/887458v1

Call right now. When you order, you'll receive the Perfect Pullup adjustable bar and two rotating handles. You'll also receive the navy seal inspired perfect pullup workout chart complete with 24 upper body exercises designed to detonate your muscles.

And when you call, ask about the Perfect Pullup deluxe which includes the Perfect Pullup ab straps for an off the floor ab workout the way the pros do it.

You *will* gain muscle mass. You *will* get stronger.

Use the power of the pullup and get ripped.

Buy the Perfect Pullup.