AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____C.D. Cal._____ on the following    G Patents or    ☒ Trademarks:

| DOCKET NO.<br>CV08-06544 DDP | DATE FILED<br>10/3/2008 | U.S. DISTRICT COURT    C.D. Cal. ||
|---|---|---|---|
| PLAINTIFF<br>Perfect Pushup, LLC ||  DEFENDANT<br>Ontel Products Corporation ||
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK ||
| 1  Perfect Pushup | 9/25/2007 | Perfect Pushup, LLC ||
| 2 | | ||
| 3 | | ||
| 4 | | ||
| 5 | | ||

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>G Amendment    G Answer    G Cross Bill    G Other Pleading ||
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See document attached |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>*Irene Ramirez* | DATE<br>02/23/2011 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT PUSHUP, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONTEL PRODUCTS CORPORATION,<br><br>　　　　　Defendant.<br>_____ | Case No. CV 08-06544 DDP (MANx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

　　IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 23, 2011

_____
DEAN D. PREGERSON
United States District Judge